UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Joshua L. Anderson
    Debtor.

CH 24-60206

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Local Rule 2002-5, the undersigned hereby notes his appearance in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address and telephone number set forth below.

*/s/ signature*

Stephanie Ann Caldwell
4222 Clearwater Rd
Apt. 202
St Cloud MN 56301


adondria42@hotmail.com

adondria42@hotmail.com